1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY FERRANTINO,                      No.  2:20-cv-00666-TLN-CKD PS

12              Plaintiff,

13        v.                                  ORDER

14   BARADAT PROPERTIES,                      (ECF No. 2)

15              Defendant.

16

17        Plaintiff, who proceeds in this action without counsel, has requested leave to proceed in

18   forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  Plaintiff's application in support of

19   his request to proceed in forma pauperis makes the showing required by 28 U.S.C. § 1915.

20   Accordingly, the court grants plaintiff's request to proceed in forma pauperis.

21        The determination that a plaintiff may proceed in forma pauperis does not complete the

22   required inquiry.  Pursuant to 28 U.S.C. § 1915, the court is directed to dismiss the case at any

23   time if it determines that the allegation of poverty is untrue, or if the action is frivolous or

24   malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against

25   an immune defendant.

26        Based on the limited record before the court, the court cannot conclude that plaintiff's

27   action is frivolous, that the complaint fails to state a claim upon which relief can be granted, or

28   that plaintiff seeks monetary relief from an immune defendant.  The court reserves decision as to

1   plaintiff's claims until the record is sufficiently developed, and this order does not preclude

2   defendant from challenging plaintiff's complaint through a timely motion pursuant to Federal

3   Rule of Civil Procedure 12 or other appropriate method of challenging plaintiff's pleading.

4   Accordingly, the court orders service of the complaint on defendant.

5       Good cause appearing, IT IS ORDERED that:

6       1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is granted;

7       2.  The Clerk of the Court is directed to issue the undersigned's order setting status

8   conference.

9       3.  The United States Marshal is directed to serve all process pursuant to Fed. R. Civ. P. 4,

10   including a copy of this court's order setting status conference, without prepayment of costs,

11   within ninety days of the date of this order.

12       4.  The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one

13   summons, a copy of the complaint, and this court's order setting status conference.

14       5.  Plaintiff is directed to provide to the United States Marshal, within fourteen days from

15   the date this order is filed, all information needed by the Marshal to effect service of process,

16   including all information required for proper service of summons under Federal Rule of Civil

17   Procedure 4, and shall file a statement with the court that said documents have been submitted to

18   the United States Marshal, along with a copy of the information provided to the Marshal.  The

19   court anticipates that to effect service the U.S. Marshal will require at least:

20         a.  One completed summons for each defendant;

21         b.  One completed USM-285 form for each defendant;

22         c.  One copy of the endorsed filed complaint for each defendant, with an extra

23         copy for the U.S. Marshal;

24         d.  One copy of this court's status order for each defendant; and

25         e.  One copy of the instant order for each defendant.

26       6.  In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate

27   service on any defendant within 90 days from the date of this order, the Marshal is directed to

28   report that fact, and the reasons for it, to the undersigned.

1    7.  The Clerk of the Court is directed to serve a copy of this order on the United States

2  Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

3  Dated:  May 13, 2020

4                                                          _____
                                                          CAROLYN K. DELANEY
5                                                          UNITED STATES MAGISTRATE JUDGE

6

7

8  16.ferr.ifp-serve

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3