UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO, | No. 2:20-cv-00666-TLN-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| BARADAT PROPERTIES, | |
| Defendant. | |

The court has received an ex parte telephone communication from plaintiff, who is proceeding in this action pro se. Plaintiff advises that he has been hospitalized and would like to request a continuance of the settlement conference currently scheduled before the undersigned in this matter on February 16, 2021. (ECF No. 18.) Accordingly, the court issues this order to show cause to solicit defendant's views on whether to continue the settlement conference to a date to be determined in March 2021. The court notes this would also require continuing at least the Dispositive Motions deadline currently set for February 24, 2021. (See ECF No. 15.)

////
////
////
////
////

1

1    Good cause appearing, IT IS ORDERED that **within seven (7) days** of the date of entry of
2    this order, defendant Baradat Properties shall file a written response to this order, showing cause
3    why the court should not continue the settlement conference and dispositive motions deadlines in
4    this case.  The court encourages defendant to include proposed dates for both in its response.

5    Dated:  January 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10   19.ferr.0666